# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**CLOSED**

| | |
|---|---|
| AMELIA GIORDANO,<br><br>*Plaintiff(s)*,<br><br>v.<br><br>MGC MORTGAGE, INC.,<br>*et al*<br><br>*Defendant(s)*. | Civil Action No.: 15-4399 (JLL)<br><br><br>**O R D E R** |

It appearing that it has been reported to the Court that the above captioned matter has been settled:

**It is on this 13TH day of JULY, 2016;**

**ORDERED**, that this action be and hereby is dismissed without costs and without prejudice to the right, upon good cause shown within 120 days, to reopen the action if the settlement is not consummated; and, it is further,

**ORDERED**, that the Clerk shall close the file in this matter.

_____
JOSÉ L. LINARES, U.S.D.J.